**Joe TAYLOR, Appellant, v. STATE of Texas, Appellee.**

**No. 21760.**

Court of Criminal Appeals of Texas.

Oct. 15, 1941.

Tom M. Miller, of Graham, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for theft of property over the value of $50. The penalty assessed is confinement in the state penitentiary for a term of two years.

Appellant has filed a motion, duly verified, requesting the dismissal of the appeal. The motion is granted and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Joe TAYLOR, Appellant, v. STATE of Texas, Appellee.**

**No. 21748.**

Court of Criminal Appeals of Texas.

Oct. 15, 1941.

Tom M. Miller, of Graham, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted on a charge of theft in the district court of Young County and assessed a penalty of two years in the penitentiary.

Appellant has filed his verified motion for permission to withdraw the appeal and the same is accordingly granted.

**Joe TAYLOR, Appellant, v. STATE of Texas, Appellee.**

**No. 21759.**

Court of Criminal Appeals of Texas.

Oct. 15, 1941.

Tom M. Miller, of Graham, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The conviction is for theft. The punishment assessed is confinement in the state penitentiary for a term of two years.

Accompanying the record is the written motion of the appellant, duly verified, requesting the privilege of withdrawing his appeal. The request is granted and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.